**WHATLEY DRAKE, LLC**
JOE R. WHATLEY, JR.
PETER H. BURKE
2323 Second Avenue North
Birmingham, AL 35202
Telephone: 205/328-9576
Facsimile: 205/328-9669

**E-filed 8/4/05**

Plaintiffs' Lead Co-Counsel

**REICH & BINSTOCK, LLP**
PAUL T. WARNER
4265 San Felipe, Suite 1000
Houston, TX 77027
Telephone: 713/622-7271
Facsimile: 713/623-8724

Plaintiffs' Lead Co-Counsel

**GILBERT & SACKMAN**, A LAW CORPORATION
JAY SMITH (SBN 166105)
LAURIE A. TRAKTMAN (SBN 165588)
6100 Wilshire Blvd., Suite 700
Los Angeles, CA 90048
Telephone: 323/938-3000
Facsimile: 323/937-9139

Plaintiffs' Liaison Counsel

[Counsel con't. on next page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re ARIBA, INC. DERIVATIVE LITIGATION | CV-03-02172 JF (PVT) |
| | [~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| This Document Relates To: ALL ACTIONS | |

1  **SHEARMAN & STERLING, LLP**
   JEFFREY S. FACTOR
2  RAYMOND A. JUST
   525 Market Street, Suite 1500
3  San Francisco, CA 94104-1522
   Phone: (415) 616-1100
4  Fax: (415) 616-1199

5  Counsel for Defendants Keith J. Krach, Robert
   M. Calderoni, Robert C. Kagle, Paul Hegarty,
6  John B. Mumford, Robert J. DeSantis, Karl C.
   Kleinssner, Kirk A. Cruikshank, Rune C. Eliasen,
7  Paul A. Melchiorre, Hatim A. Tyabji,
   Robert E. Knowling, Paul Touw and
8  nominal defendant Ariba

9  **RUBY & SCHOFIELD**
   GLEN SCHOFIELD
10 60 South Market Street, Ste. 1500
   San Jose, CA 95113
11 Telephone: (408) 998-8500
   Fax: (408) 998-8503
12

13 Counsel for Defendant Edward P. Kinsey

14 **KORDA, JOHNSON & WALL, LLP**
   MICHAEL KORDA
15 66 East Santa Clara St., Ste. 250
   San Jose, CA 95113
16 Telephone: (408) 494-0700
   Fax: (408) 494-0707
17

18 Counsel for Defendant Lawrence A. Mueller

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the stipulation between Plaintiff and the Defendants dated August 4,
2    2005, and good cause appearing therefore, IT IS HEREBY ORDERED that this action
3    shall be, and hereby is, dismissed on the following terms and conditions.
4        1.    The dismissal is without prejudice.
5        2.    All attorney's fees and costs shall be taxed against the party incurring
6    same.
7        3.    Under the circumstances notice pursuant to Rule 23.1 of the Federal
8    Rules of Civil Procedure shall not be required.
9
10           DATED this __4th__ day of __August_____, 2005.
11
12                              /s/electronic signature authorized
                                _____
13                              The Honorable Jeremy F. Fogel
                                United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28